IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE E CORN,<br><br>        Plaintiff,<br><br>  v.<br><br>ERIC P ANDREWSEN,<br><br>        Defendant.<br>                                    / | No. C 13-01367 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 1, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 25, 2013 .

DESIGNATION OF EXPERTS: 9/2/13; REBUTTAL: 9/16/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 25, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by November 15, 2013;

    Opp. Due December 2, 2013;  Reply Due December 9, 2013;

    and set for hearing no later than December 20, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 25, 2014 at 3:30 PM.

JURY TRIAL DATE: March 3, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Initial disclosures shall be produced by August 12, 2013.
This case shall be referred to the Court's mediation program. The mediation session shall occur by the end of October 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/29/13

                                              SUSAN ILLSTON
                                              United States District Judge