```
Austin D. Garner, SBN 184022
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

Attorneys for Defendant
Sheila C. Peterson
```

*IT IS SO ORDERED*
*Judge Susan Illston*

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE E. CORN,<br><br>　　　　Plaintiff,<br>v.<br><br>ERIC P. ANDREWSEN; ARC CAPITAL; SHEILA C. PETERSON; CARL PETER FOPPIANO dba ARC CAPITAL and DOES 3-100, inclusive,<br><br>　　　　Defendants.<br><br>ERIC P. ANDREWSEN,<br><br>　　　　Cross-claimant,<br>v.<br><br>SHEILA C. PETERSON; CARL PETER FOPPIANO; and ROES 1-100, inclusive,<br><br>　　　　Cross-defendants. | CASE NO.:  C 13-1367<br><br>**JOINT STIPULATION AND MOTION TO MODIFY SCHEDULING ORDER**<br><br>Judge:   Honorable Susan Illston<br><br>Complaint Filed:  March 27, 2013<br>Trial Date: |

　　　　WHEREAS, plaintiff JANICE CORN and defendants SHEILA PETERSON; ERIC P. ANDREWSEN; and CARL PETER FOPPIANO dba ARC CAPITAL are the only parties to this proceeding and collectively join in this Stipulation and Motion;

　　　　WHEREAS, on July 29, 2013, the Court entered a Pretrial Preparation Order ("Order")(ECF 38);

　　　　WHEREAS, the Order requires the designation of experts to occur on September 2, 2013;



1  WHEREAS, the date for designation of experts is almost two months prior to the non-expert
2  discovery cut-off of October 25, 2013;

3  WHEREAS, the parties have met and conferred and believe that the completion of non-
4  expert discovery prior to commencing expert discovery will advance the orderly and efficient
5  scheduling of all discovery in this matter;

6  WHEREAS, the parties believe that commencing expert discovery prior to the completion
7  of non-expert discovery will likely result in increased and unnecessary cost and expense relating to
8  expert discovery;

9  WHEREAS, based upon the foregoing the parties believe that modifying the Order, as
10  follows, would advance the orderly conduct of discovery in this matter:

11  Designation of Experts on November 1, 2013
12  Any Rebuttal on November 13, 2013
13  All Expert Discovery to be completed by December 6, 2013;

14  WHEREAS, the proposed extension of dates to complete expert discovery will still allow
15  for all expert discovery to be completed before the completion of dispositive motion briefing and
16  any hearing presently set in the Order;

17  WHEREAS, the extension of dates to complete expert discovery will not change any other
18  scheduling set in the Order;

19  WHEREAS the parties have made no prior request for extension or modification of the
20  Order;

21  THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,
22  STIPULATE, AGREE AND MOVE THE COURT AS FOLLOWS:
23  1.  That the Pretrial Preparation Order (ECF 38) be modified as follows:
24  Designation of experts shall occur on November 1, 2013
25  Any expert rebuttal is due November 13, 2013
26  Expert discovery cut-off is December 6, 2013.
27  //
28  //



1 SO STIPULATED AND MOVED.

2

3 Dated: August 23, 2013        /s/ Austin D. Garner
                                Austin D. Garner
4                               Attorneys for Sheila Peterson

5

6 Dated: August 23, 2013        /s/ Robin D. Shofner
                                Robin D. Shofner
7                               Attorneys for Janice Corn

8 Dated: August 23, 2013        /s/ Gregory S. Nerland
                                Gregory S. Nerland
9                               Attorneys for Eric P. Andrewsen

10

11 Dated: August 23, 2013       /s/ Rex Grady
                                Rex Grady
12                              Attorneys for Peter C. Foppiano dba ARC Capital

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



329835                                    - 3 -
              JOINT STIPULATION AND MOTION TO MODIFY SCHEDULING ORDER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2013 a true and accurate copy of the foregoing **JOINT STIPULATION AND MOTION TO MODIFY SCHEDULING ORDER** was filed with the Clerk of Courts using the CF/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Robin D. Shofner<br>Ruehmann Law Firm, P.C.<br>9580 Oak Avenue Parkway, #15<br>Folsom, CA  95630 | Attorney for Plaintiff<br>Telephone:    (916) 988-8001<br>Facsimile:      (916) 988-8002<br>Email: info@ruehmannlawfirm.com |
| Gregory S. Nerland<br>Akawie & Lapietra<br>1981 N. Broadway, Suite 320<br>Walnut Creek, CA 94596 | Attorney for Defendant Eric P. Andrewsen<br>Telephone:    (925) 979-5661<br>Facsimile:<br>Email:  gnerland@gmail.com |
| Rex Grady, Esq.<br>THE EDGAR LAW FIRM<br> 408 College A venue<br>Santa Rosa, CA 95401 | Attorney for Defendant Peter C. Foppiano dba ARC Capital<br>Telephone: (707) 545-3200<br>Fax: (707) 578-3040 |

_____
Alyssa Noone

329835