Cameron D. Bordner, Esq. (236312)
*bordner@mobolaw.com*
Robin D. Shofner, Esq. (272552)
*shofner@mobolaw.com*
**MOLSBY & BORDNER L.L.P**
1830 15th Street, Suite 100
Sacramento, CA 95811
Tel: (916) 447-0529
Fax: (916) 447-6529

Attorneys for Plaintiff
Janice E. Corn

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE E. CORN, <br><br> Plaintiff, <br><br> v. <br><br> ERIC P. ANDREWSEN; ARC CAPITAL; and DOES 1 to 100, inclusive <br><br> Defendants. | Case No.: C 13-1367-SI <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF JANICE E. CORN; [PROPOSED] ORDER** |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiff JANICE E. CORN, hereby substitutes Molsby & Bordner, L.L.P. in place of Ruehmann Law Firm, PC as her counsel of record in this action.

///
///
///
///

1
NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER

The contact information for Molsby & Bordner, L.L.P. is as follows:

MOLSBY & BORDNER, L.L.P.
1830 15th Street, Suite 100
Sacramento, CA 95811
Tel: (916) 447-0529
Fax: (916) 447-6529

**CONSENT TO SUBSTITUTION:**

Dated: September 21, 2013

_____
JANCIE E. CORN, Plaintiff

Ruehmann Law Firm, P.C. hereby consents to this substitution.

**RUEHMANN LAW FIRM, P.C.**

Dated: September 21, 2013        By:_____
Stephen C. Ruehmann, Esq.

Molsby & Bordner, L.L.P. hereby consents to this substitution.

**MOLSBY & BORDNER, L.L.P.**

Dated: September 21, 2013        By: /S/ Robin D. Shofner
Robin D. Shofner, Esq.

**IT IS SO ORDERED:**

Dated: 10/1/13

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE