**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE E. CORN,              No. C 13-1367 SI

    Plaintiff,              **ORDER RE: PRETRIAL SCHEDULE**

  v.

ERIC P. ANDREWSEN, *et al.*,

    Defendants.
                               /

The Court has received a number of filings from the parties regarding the pretrial schedule in this case. The Court finds it unnecessary to have any further briefing on the matter, and hereby sets the following revised pretrial schedule:

    NON-EXPERT DISCOVERY CUTOFF is November 24, 2013.

    EXPERT DISCOVERY CUTOFF remains October 25, 2013.

    DISPOSITIVE MOTIONS SHALL be filed by January 3, 2014; opp. due January 17, 2014; reply due January 24, 2014; and set for hearing no later than February 7, 2014 at 9:00 AM.

    PRETRIAL CONFERENCE DATE: March 4, 2014 at 3:30 PM.

    JURY TRIAL DATE: March 10, 2014 at 8:30 AM., Courtroom 10, 19th floor.

    This order resolves Docket Nos. 49 and 51-55.

    **IT IS SO ORDERED.**

Dated: October 23, 2013

                                                                 SUSAN ILLSTON
                                                                 United States District Judge